IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUSSELL BERNARDINI,

    Petitioner,                      No. CIV S-07-2298 LEW GGH P

    vs.

JAMES WALKER, Warden, et al.,

    Respondents.                 <u>ORDER</u>

/

        Petitioner, a state prisoner, has filed an emergency petition for writ of habeas corpus seeking immediate release from prison. Petitioner alleges that he should be released from prison because he is receiving inadequate medical care.

        The purpose of a petition for writ of habeas corpus is to challenge the validity of a conviction or sentence. The purpose of a civil rights action is to challenge a condition of confinement. Because petitioner challenges conditions of confinement, the court construes this as a civil rights action.[1]

        In order to commence a civil rights action, plaintiff must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure, and plaintiff must either pay the

---

[1] The court has no authority to release a prisoner from prison, in either a civil rights or habeas action, based on a claim of inadequate medical care.

1

required filing fee or file an application requesting leave to proceed in forma pauperis.[2]  See 28 U.S.C. §§ 1914(a), 1915(a).  The court will not issue any orders granting or denying relief until an action has been properly commenced.  Therefore, plaintiff's motion will be denied without prejudice.  Plaintiff will be provided the opportunity to file his complaint, and to submit an application requesting leave to proceed in forma pauperis or to submit the appropriate filing fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1. This action is construed as a civil rights action pursuant to 42 U.S.C. § 1983;

2. Plaintiff is granted thirty days from the date of service of this order to file a complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the complaint must bear the docket number assigned this case; plaintiff must file an original and two copies of the complaint.  Plaintiff shall also submit, within thirty days from the date of this order, the application to proceed in forma pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $350.00.  Plaintiff's failure to comply with this order will result in a recommendation that this matter be dismissed; and

3. The Clerk of the Court is directed to send plaintiff the court's form for filing a civil rights action, and the application to proceed in forma pauperis by a prisoner.

DATED: 12/6/07

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

bern2298.nop

---

[2] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments.