IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUSSELL BERNARDINI,

    Plaintiff,                    No. CIV S-07-2298 LEW GGH P

    vs.

JAMES WALKER, et al.,

    Defendants.             ORDER

/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff originally filed an application to proceed in forma pauperis. On December 7, 2007, the court construed this action as a civil rights action and granted plaintiff thirty days to file a complaint. On January 8, 2008, plaintiff filed a complaint alleging that he received inadequate medical care for hepatitis C. The court has separately ordered service of this complaint.

        On October 29, 2007, November 2, 2007, and November 28, 2007, plaintiff filed motions for injunctive relief. These motions concerns issues other than plaintiff's treatment for hepatitis C and were filed before plaintiff filed a colorable complaint. Accordingly, these motions are vacated without prejudice to plaintiff refiling another motion for injunctive relief. A motion for injunctive relief must be based on issues being litigated in this action, i.e. the

1

1 treatment of plaintiff's hepatitis C.

2          Accordingly, IT IS HEREBY ORDERED that plaintiff's motions for injunctive

3 relief filed October 29, 2007, November 2, 2007, and November 28, 2007, are vacated.

4 DATED:  02/01/08

                                                            /s/ Gregory G. Hollows
                                                    _____
                                                    UNITED STATES MAGISTRATE JUDGE

bern2298.vac